## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01059-EWN-KLM

RITA MIHLIN, MART MIKHLYN and SIMONA GARTH,

    Plaintiffs,

vs.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.

___

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS PLAINTIFF MART MIKHLYN AND TO DISMISS PLAINTIFFS' SECOND CLAIM, THIRD CLAIM AND FOURTH CLAIM OF THEIR COMPLAINT WITHOUT PREJUDICE

___

THE COURT, having reviewed the Unopposed Motion to Dismiss Plaintiff Mart Mikhlyn and to Dismiss Plaintiffs' Second Claim, Third Claim and Fourth Claim of their Complaint Without Prejudice and being otherwise fully advised in the premises, ORDERS:

**1.** That Plaintiff Mart Mikhlyn is dismissed from this action without prejudice and the case caption shall reflect the dismissal of Plaintiff Mart Mikhlyn in all future filings;

**2.** That Plaintiffs' Second Claim, Third Claim and Fourth Claim of their Complaint against Defendant are also dismissed without prejudice.

Dated: July 23, 2008.

          BY THE COURT:

          s/Edward W. Nottingham
          Chief United States District Judge