IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–01059–EWN–KLM

RITA MIHLIN; and
SIMONA GARTH,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a
Washington corporation,

    Defendant.

---

**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND CASE TO DENVER DISTRICT COURT**

---

    THE COURT, having reviewed the Stipulation regarding Plaintiff's Motion to Remand Case to Denver District Court and being otherwise fully advised in the premises, ORDERS:

1.     That Plaintiffs' Motion (#30) is GRANTED and the case is remanded to the Denver District Court.

Dated this 26th day of August, 2008.

                                                      BY THE COURT:

                                                      s/ Edward W. Nottingham
                                                      EDWARD W. NOTTINGHAM
                                                      Chief United States District Judge